**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>      Plaintiff,<br><br>v.<br><br>IHeartMedia, Inc.<br><br>      Defendant. | STIPULATION NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:16-cv-03238-RA |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Christopher Sadowski, and counsel for the Defendant, IHeartMedia, Inc. that the parties have reached a settlement in principle and that all claims asserted in the above-captioned action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own costs.

*Richard Liebowitz*
Richard P. Liebowitz

Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 6/14/2016
*Attorney for Plaintiff Christopher Sadowski*

[signature]

IHeartMedia, Inc.

Dated: 6/2/2016
*Attorney for Defendant IHeartMedia, Inc.*

SO ORDERED:

_____
Hon. Ronnie Abrams